United States District Court
District of Massachusetts

LINCOLN G. LATHAM JR
MBTA Travel Permit Recipient at Ashmont Bus & Train Station
[PLAINTIFF]

Versus.

Danielle Weeks
Special Fraud Investigator
[DEFENDANT]

Plaintiff's COMPLAINT FOR REPRODUCTION OF A DOCUMENT
[Issued Pursuant to Federal Rules of Civil Procedure RULE # 3]

1] Now comes the Plaintiff Lincoln G. Latham Jr pro se and moves this Honorable Court to GRANT a Written Court-Order that Approves the plaintiff's request for reproduction of a document. Because the defendant has improperly used INSUBORDINATION as a method of designing a Hostile Takeover in DTA Quincy Office, the plaintiff seeks a reproduction of a document to prove the CLAIM.

2]                    " Parties "
Plaintiff Lincoln G. Latham Jr is a 38 Year Old Black Native American man from a Tribe of West Indians in realm of the Caribbean sea. As a descendant of Aboriginal Indigenous Inhabitants of North America,it is plaintiff's family choice to live and dwell in United States of America. Plaintiff is a RENT PAYING Occupant at 55 Roxbury Street,Unit 191113,Roxbury - Ma 02119-9998. Defendant Danielle Weeks is a Special Fraud Investigator at the DTA Quincy Office at 1515 Hancock Street,Suite 105,Quincy - Ma 02169,on the 1st floor area.

3]                    " Introduction "
The Plaintiff Lincoln G. Latham Jr is a Lawful Owner of a MBTA Travel Permit named CHARLIE CARD at Ashmont Bus & Train Station in Boston,Massachusetts. The MBTA Charlie Card offers lawful travellers a right of passage to enter every town & city in the state of Massachusetts,by using a 7-Day Link Pass for price of $22.50 each week. The MBTA Charlie Card owned and operated by Lincoln G. Latham Jr is registered as MBTA Official Charlie Card Number 5-3934710486. By the contractual powers to travel the state of Massachusetts,the plaintiff has a right to freedom of expression and freedom of travel in State of Massachusetts.

[Pg 1]

4]                    " Background "
Between the dates of 2/19/2026 til 3/18/2026 the plaintiff named
as Lincoln G. Latham Jr had Two Lengthy Telephone Calls with
Regional DTA Quincy Office Cash Manager named Shelley Body. In
those phone calls DTA Cash Manager Shelley Body verbally stated
that Special Fraud Investigator Danielle Weeks had submitted
fraud report papers to put financial sanctions on the person
named Lincoln G. Latham Jr. However Cash Manager Shelley Body
stated that she never gave defendant Danielle Weeks permission
to put financial sanctions on me at anytime in the year 2026.

5]                    " Discussion "
In light of the fact that defendant Danielle Weeks has no
permission to design a Financial Sanctions Plan against the
plaintiff Lincoln G. Latham Jr,then the plaintiff both needs and
seeks a Reproduction of a Document that Validates his CLAIM. DTA
Quincy office is supervised by Cash Managers who work with
clients and applicants to GRANT financial benefits such as food
stamps,EBT cards,and disability cash assistance. Those decisions
to distribute benefits are made by DTA Cash Managers not by
Independent Thinkers such as Special Fraud Investigators.

6]                    " Jurisdiction "
The U.S District Court in District of Massachusetts has
Jurisdiction over this case and matter pursuant to:

Federal Rules of Civil Procedure RULE # 3
" A Civil Action is Commenced by Filing a Complaint with the
COURT."

7]   " Plaintiff's CLAIM upon which RELIEF May be GRANTED "
The Plaintiff Claims that the Defendant Danielle Weeks is
INSUBORDINATE as she is designing financial sanctions plans
against the plaintiff without permission from Regional DTA
Quincy Cash Manager Shelley Body. Manager Shelley Body has
verbally stated that there will be no financial sanctions
against Lincoln G. Latham Jr for Fraud Allegations from Danielle
Weeks. That comment implied that RELIEF may be granted to the
plaintiff,if the Court agrees to ORDER the defendant to CEASE
and DESIST from conducting Fraud Inquiries into Plaintiff named
as Lincoln G. Latham Jr. The Relief of such a Order would allow
the plaintiff to be free from suffering unwarranted financial
hardships from a over aggressive fraud investigator. Plaintiff
Claims accordingly that the defendant VIOLATED the 1st amendment
of U.S Constitution by abridging plaintiff right to free speech.

                                                        [Pg 2]

8]        " Plaintiff's ANALYSIS OF FREE SPEECH "
Freedom of Speech is the right,power,and authority to enter into
forums,contracts,guidance,careers based upon the free exercise
of self-expression. Every individual person who lawfully
purchased a MBTA Travel Permit at Ashmont Bus & Train Station
has the exclusive privilege to exercise self-expression in
determining where they will travel,what they wear,what they
say,and to whom they speak. That is Freedom of Speech in regards
to recipients of MBTA Travel Permits named Charlie Card Process.
However the Defendant Danielle Weeks has improperly designed a
scheme to place financial sanctions on Lincoln G. Latham Jr to
excessively limit his choice of expressing speech in deciding
what programs to enroll in,in deciding what benefits to
request,and in deciding what funds to seek distribution of.
Those untimely financial burdens violate the purchased liberties
of a MBTA Travel Permit Recipient. Thus the Defendant has
violated the 1st Amendment of U.S Constitution in abridging the
exercise of free speech.

9]        " Plaintiff's CERTIFICATE OF SERVICE "
I hereby certify that I have Applied to send a copy of this
document to defendant Danielle Weeks,by UPLOADING this document
in the document portal section at DTA CONNECT APP at website
listed as: www.mass.gov/dta .

10] Plaintiff request the Court send there written response to
this mailing address listed as:

        LINCOLN G. LATHAM JR
        55 Roxbury Street
        Post Office Box # 191113
        Roxbury,Massachusetts 02119-9998

11] Signed by: Lincoln G. Latham Jr [ *Lincoln G. Latham Jr* ]
        Pro Se Plaintiff

12] Date: 3/18/2026

[pg 3]

```
                    PLS
              55 WARREN STREET
             ROXBURY, MA 02119
               (617)445-2818
        03/18/2026 02:43:46 PM CSR: YC
Money Order Sale                      -0.50
Fee                                   -0.25
#1810523263
                         ==================
Total:                                -0.75
Amount Collected:                      0.75
Change Given:                          0.00


          PLS Financial Solutions of
            Massachusetts, Inc.
         Because You Deserve Better!®
              855-856-9757

         Check Casher License pursuant to
         M.G.L.c.169A. License:CCO024
```